

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Carlos Minano; individually and on behalf of a class of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Experian Information Solutions, Inc.; Barclays Bank Delaware<br><br>**Defendant.** | **Civil Action No.** 23-cv-00333-BTM-DDL<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

As all claims against Defendant Experian Information Solutions, Inc. were dismissed on July 20, 2023 (ECF No. 25), Defendant Barclays Bank Delaware is the sole remaining defendant in this matter. Accordingly, the Court hereby dismisses with prejudice the operative complaint and all claims herein.

**Date:**        3/28/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  D. Martinez

D. Martinez, Deputy